### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | |
|---|---|
| ROBERT HARDRIDGE, et al., | ) |
| On behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:18-cv-02544-EFM-JPO |
| SOUTHEAST KANSAS INDEPENDENT LIVING RESOURCE CENTER, INC., et al. | ) ) ) ) |
| Defendants. | ) |

### ORDER DETERMINING GOOD FAITH
### AND GRANTING APPROVAL OF SETTLEMENT

WHEREAS:

A.  The above-captioned action (the "Action") was brought by Collective Class Representatives Robert Hardridge and Jessica Merida on behalf of themselves and two putative classes of individuals as a collective action against Defendants Southeast Kansas Independent Living Resource Center, Inc. and SKIL Fiscal Agent Inc. under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*;

B.  On May 29, 2019, the Court granted the parties' joint motion to conditionally certify a collective action and certified two collective action classes as stipulated by the parties—the "SKIL Resource Class" and the "Joint Employer Class";

C.  On February 6, 2020, the Collective Class Representatives and Defendants Southeast Kansas Independent Living Resource Center, Inc. and SKIL Fiscal Agent Inc., by their respective counsel of record, executed and filed with this Court a Settlement Agreement and Release ("Settlement");

D.  On February 6, 2020, counsel for the Collective Class filed an unopposed application for attorneys' fees and expenses incurred in the prosecution of this action;

E. This Court has duly considered all of the submissions presented with respect to the Settlement;

F. All capitalized terms in this Order Determining Good Faith and Granting Approval of Settlement ("Approval Order") that are not otherwise defined have the same meaning as in the Settlement;

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. This Approval Order will be binding on the SKIL Resource Collective Class Members and the Joint Employer Collective Class Members (together the "Collective Class Members") as defined in the Settlement.

2. The Settlement is fair, reasonable, and adequate, is in the best interests of the Collective Class Members, and should be approved, especially in the light of the benefits to the Collective Class Members accruing therefrom, the substantial discovery and investigation conducted by Collective Class Counsel prior to the proposed Settlement, and the complexity, expense, risks and probable protracted duration of further litigation.

3. For purposes of the Settlement, this Court certifies Robert Hardridge and Jessica Merida as representatives of the Collective Class Members.

4. For purposes of the Settlement, this Court approves Johnson Becker PLLC and Horn Aylward & Bandy LLC as Collective Class Counsel.

5. The Notices attached as Exhibit C to the Settlement fully and accurately inform the Collective Class Members of all material elements of this Action and the Settlement.

6. The parties propose to disseminate the aforementioned Notice to all Collective Class Members, along with the allocated share of the Settlement Fund, via first-class mail to the last known addresses of all Collective Class Members. This Court finds that the form and method of disseminating the Notice, as provided in the Settlement, is the best notice practicable under the circumstances and fully meets the requirements of applicable federal and state law.

7. Based on the foregoing, the proposed Notices are hereby approved by the Court.

8. Defendants shall mail each Collective Class Member a copy of the Notice and his or her designated share of the Settlement Fund, as provided in the Settlement, to the last known addresses of each Collective Class Member by the deadlines designated in the Settlement Agreement.

9. The Settlement is hereby approved in accordance with Section 216 of the Fair Labor Standards Act and shall be consummated in accordance with the terms and provisions thereof.

10. This Action is hereby dismissed in its entirety, on the merits, with prejudice and without costs to any party, except to the extent otherwise expressly provided in the Settlement. This Court intends this Order of Approval to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

11. All Collective Class Members shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against the Released Parties for any and all Released Claims arising during the Covered Period.

12. Collective Class Counsel's attorneys' fees and costs in the amounts set forth in the Settlement and in the application for attorneys' fees and expenses filed by Collective Class Counsel are hereby approved.

13. Without affecting the finality of this Order of Approval, this Court retains exclusive jurisdiction over the consummation, performance, administration, effectuation, and enforcement of this Order of Approval. In addition, without affecting the finality of this Order of Approval, this Court retains jurisdiction over Defendants, Collective Class Representatives, and each Collective Class Member for the purpose of enabling any of them to apply to the Court for such further orders and directions as may be necessary or appropriate for the construction and implementation of the terms of the Settlement and this Order of Approval. Defendants, Collective Class Representatives, and each Collective Class Member are hereby deemed to have submitted irrevocably to the exclusive jurisdiction of this Court for any suit, action, proceeding

or dispute relating to this Order of Approval or the Settlement, except to the extent remitted by the Settlement for resolution in a different forum.

15. 14. The Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay, and directs the Clerk to enter this Order of Approval.

15. Defendants Motion for Settlement, Doc. 67, is hereby GRANTED and this case is now closed.

Dated this 10th day of March, 2020

                                **SO ORDERED:**

*/s/ Eric F. Melgren*
Eric F. Melgren
United States District Judge

157546309.2